

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.L.L.I., a child,  * From the 318th District Court
                                        of Midland County,
                                        Trial Court No. FM 59907.

No. 11-16-00142-CV                      * November 30, 2016

                                        * Per Curiam Memorandum Opinion
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.